IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| LUIS GUERRERO-GAVIRIA | : | No. 06-119 |

## ORDER

AND NOW, this 27th day of July 2009, upon consideration of Defendant Luis Guerrero-Gaviria's Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255 (Doc. 38, 40), the Government's Response (Doc. 42), Gaviria's Reply (Doc. 43), and the Government's Sur-Reply (Doc. 44), and in accordance with the attached Memorandum, it is hereby ORDERED that

(1)  Defendant's § 2255 Motion (Doc. 38, 40) is DENIED;

(2)  Defendant's Request for a Certificate of Appealability is DENIED; and

(4)  the Clerk shall mark the corresponding civil action for Defendant's Motion (Civ. A. No. 08-5954) CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\06-119 Guerrero-Gaviria, US v\CR 06-119 Guerrero-Gaviria, US v. - Order Re Habeas Petition.wpd